UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL-FATAH STEWART,<br><br>     Plaintiff,<br><br>  -against-<br><br>C.O. JEFFERIES (GRVC); C.O. FAULK (AMKC),<br><br>     Defendants. | 1:23-CV-1563 (ALC)<br><br>ORDER OF SERVICE |

ANDREW L. CARTER, JR., United States District Judge:

Plaintiff Al-Fatah Stewart, of the Bronx, New York, sues two New York City Correction Officers – Correction Officers Jeffries and Faulk – alleging that they assaulted him and failed to provide him with medical treatment while he was in custody. The Court construes Plaintiff's complaint as asserting claims under 42 U.S.C. § 1983, as well as comparable claims under state law.

By order dated April 3, 2023, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. The Court requests that the defendants waive service of summonses, and directs the defendants to comply with Local Civil Rule 33.2.

## DISCUSSION

**A.**   **Waiver of service**

The Court directs the Clerk of Court to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Correction Officer Jeffries (assigned to the George R. Vierno Center on August 9 and 10, 2021) and Correction Officer Faulk (assigned to the Anna M. Kross Center on August 9 and 10, 2021) waive service of summonses.

**B.** **Local Civil Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the date of this order, Correction Officers Jefferies and Faulk must serve responses to those standard discovery requests. In their responses, they must quote each request verbatim.[1]

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Correction Officer Jefferies (assigned to the George R. Vierno Center on August 9 and 10, 2021) and Correction Officer Faulk (assigned to the Anna M. Kross Center on August 9 and 10, 2021) waive service of summonses.

The Court further directs Correction Officers Jefferies and Faulk to comply with Local Civil Rule 33.2 within 120 days of the date of this order.

SO ORDERED.

Dated:　April 6, 2023
　　　　New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge

---

[1] If Plaintiff would like copies of those discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the court's Pro Se Intake Unit.