UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
AL-FATAH STEWART,

              *Plaintiff*,

   -against-

C.O. JEFFERIES (GRVC), C.O. FAULK (AMKC),

             *Defendants*.

-------------------------------------------------------------- x

1:23-CV-1563 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      On April 6, 2023, this Court requested that Correction Officer Jefferies (assigned to the George R. Vierno Center on August 9 and 10, 2021) and Correction Officer Faulk (assigned to the Anna M. Kross Center on August 9 and 10, 2021) waive service of summonses. ECF No. 7. On May 4, 2023, the New York City Department of Correction declined to waive service of the summons and complaint for two officers on the basis that more information was needed. ECF No. 10. The Office of the Corporation Counsel of the City of New York and the New York City Department of Correction are ordered the describe their efforts to identify the Correction Officers, and which information is necessary to identify them. Such showing should be made in writing on or before **October 27, 2023**.

**SO ORDERED.**

**Dated:    October 19, 2023**
          **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**