UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AL-FATAH STEWART,

        Plaintiff,

        -against-

C.O. JEFFERIES, et al.,

        Defendants.
------------------------------------------------------------x

23-CV-1563 (ALC) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter. (ECF 22). Defense counsel's motion to adjourn the Initial Pretrial Conference scheduled for Thursday, February 15, 2024 is **GRANTED**. The Initial Pretrial Conference is **ADJOURNED** to **Tuesday, March 19, 2024 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: New York, New York
      February 5, 2024

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

1