```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AL-FATAH STEWART,                                            :
                                                             :
                         Plaintiff,                          :      23-CV-1563 (ALC) (OTW)
                                                             :
              -against-                                      :      ORDER
                                                             :
C.O. JEFFERIES, et al.,                                      :
                                                             :
                         Defendants.                         :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held an Initial Pretrial Conference in this case on March 19, 2024. As discussed at the conference, defense counsel is directed to file a status letter **by April 18, 2024**. In this letter, defense counsel will provide the Court with an update regarding whether this case can proceed in light of the possible settlement of one of *pro se* Plaintiff's other lawsuits.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

|  |  |
|---|---|
| | */s/ Ona T. Wang* |
| Dated: New York, New York | **Ona T. Wang** |
| March 19, 2024 | United States Magistrate Judge |

1