UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

AL-FATAH STEWART,

               Plaintiff,

               -against-

C.O. JEFFERIES, et al.,

               Defendants.

-------------------------------------------------------------x

23-CV-1563 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' status letter. (ECF 29). This case is hereby **STAYED** for **sixty (60) days**. Defendants are directed to file a status letter if the case has not settled in the next **sixty (60) days**.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: New York, New York
      April 19, 2024

               */s/ Ona T. Wang*
               **Ona T. Wang**
               United States Magistrate Judge