```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AL-FATAH STEWART,                                            :
                                                             :
                          Plaintiff,                         :       23-CV-1563 (ALC) (OTW)
                                                             :
                 -against-                                   :       ORDER
                                                             :
C.O. JEFFERIES, et al.,                                      :
                                                             :
                          Defendants.                        :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' status letter. (ECF 32). Defendants' motion for an extension to July 5, 2024 is **GRANTED**. Defendants shall file a letter update **no later than July 5, 2024**.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff. The Clerk is further directed to close ECF 32.

**SO ORDERED.**

|  |  |
|---|---|
|  | */s/ Ona T. Wang* |
| Dated: New York, New York | **Ona T. Wang** |
| June 26, 2024 | United States Magistrate Judge |

1