UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AL-FATAH STEWART,

                Plaintiff,

                -against-

C.O. JEFFERIES, et al.,

                Defendants.

-----------------------------------------------------------x

23-CV-1563 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 38. Accordingly, it is hereby ordered that:

- Defendants' motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) is due **October 12, 2024**;

- Plaintiff's opposition to Defendants' motion is due **November 12, 2024**;

- Defendants' reply is due **November 26, 2024**.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: New York, New York
         September 17, 2024

                                   */s/ Ona T. Wang*
                                   **Ona T. Wang**
                             United States Magistrate Judge