UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

AL-FATAH STEWART,

        Plaintiff,

        -against-

C.O. JEFFERIES, et al.,

        Defendants.

-------------------------------------------------------------x

23-CV-1563 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On April 18, 2025, the Court issued an Order to Show Cause, directing Plaintiff to show cause by Tuesday, May 20, 2025, why I should not recommend that Defendants' motion to dismiss be granted as unopposed. (ECF 43). My April 18 Order to Show Cause also directed Defendants to "serve a copy of this Order on *pro se* Plaintiff, and file proof of service on the docket." (ECF 43). To date, Defendants have not filed proof of service on the docket as directed.

Accordingly, Defendants are again **ORDERED** to serve (1) a copy of my April 18 Order to Show Cause and (2) a copy of this Order on Plaintiff **forthwith**, and **file proof of service on the docket by Thursday, June 5, 2025**.

**SO ORDERED.**

                                                      */s/ Ona T. Wang*

Dated: New York, New York                                           **Ona T. Wang**
       May 22, 2025                                                   United States Magistrate Judge